**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 1601 Disciplinary Docket No. 3 |
| | : | |
| | : | No. 36 DB 2010 |
| PAUL JOSEPH STAUB, JR. | : | |
| | : | Attorney Registration No. 87556 |
| | : | |
| PETITION FOR REINSTATEMENT | : | (Allegheny County) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of March, 2018, the Petition for Reinstatement is denied. Petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. *See* Pa.R.D.E. 218(f).